March 11, 2005

Mr. Timothy F. Lee
Ware, Jackson, Lee & Chambers, L.L.P.
2929 Allen Parkway, 42nd Floor
Houston, TX 77019

Mr. Stephen Douglas Pritchett
Vinson & Elkins, L.L.P.
1001 Fannin St., Suite 2300
Houston, TX 77002-6760
Mr. Oscar Luis De La Rosa
The De la Rosa Law Firm
6363 Woodway, Suite 910
Houston, TX 77057

RE: Case Number: 03-0750
 Court of Appeals Number: 14-02-00883-CV
 Trial Court Number: 2000-31260

Style: ROBINETTA WILKINS
 v.
 THE METHODIST HEALTH CARE SYSTEM

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Brister not sitting)
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |